FILED IN OPEN COURT
ON 6-4-19 BRH
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

## APPLICATION TO PARTICIPATE IN THE PRETRIAL DIVERSION PROGRAM

I, **SARAH EMILIA SILVERIO-POLANCO**, hereby apply for status as a participant in the Pretrial Diversion Program and request that the United States Attorney temporarily delay prosecuting any criminal charges against me in order to permit consideration of this application. I understand the final decision to commence criminal proceedings or to divert from prosecution in my case rests with the United States Attorney.

I authorize the United States Probation Office to conduct an investigation to determine my suitability for this program. I understand that any information furnished by me or authorized by me to be furnished to the Probation Office in connection with this investigation will be kept confidential.

A false answer to any question in this application may be grounds for recommendation against placement into this program or removal after placement in the program, in which case the United States Attorney will proceed with prosecution.

DATE: 6/4/2019

Jim Melo
Attorney for Divertee

DATE: 6/4/2019

Sarah Emilia Silverio-Polanco
Divertee

Divertee's Address: 404 Carac Ct Apt 58H
Fayetteville NC
28303

Divertee's Phone #: 910 636-2168